722 F.2d 1253
 Richard G. WENTWORTH, Vultron, Inc. and Transign, Inc.,
Plaintiffs-Appellees Cross-Appellants,
v.
GULTON INDUSTRIES, INC., Defendant-Appellant Cross-Appellee.
 No. 82-1475.
 United States Court of Appeals,
Fifth Circuit.
 Jan. 20, 1984.
 
 Richards, Harris & Medlock, Roger C. Clapp, Dallas, Tex., Darby & Darby, Morris Relson, William E. Pelton, New York City, for defendant-appellant cross-appellee.
 Reising, Ethington, Barnard, Perry & Milton, Owen E. Perry, Paul J. Ethington, Troy, Mich., for plaintiffs-appellees cross-appellants.
 Appeals from the United States District Court for the Northern District of Texas, Patrick E. Higginbotham, Judge.
 Before BROWN, REAVLEY, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the district court is affirmed on the grounds and for the reasons given in that court's opinion at 578 F.Supp. 508.
 
 
 2
 AFFIRMED.